An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL BRYANT,
Appellant,
vs.
WASHOE COUNTY SCHOOL
DISTRICT, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA; TOM STAUSS, AN
INDIVIDUAL; PAUL S. DUGAN, AN
INDIVIDUAL; AND STEVE
MULVENON, AN INDIVIDUAL,
Respondents.

No. 57871

**FILED**

FEB 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing a civil rights action. Second Judicial District Court, Washoe County; Steven P. Elliott, Judge.

Having considered the parties' arguments and the record on appeal, we conclude that the district court correctly dismissed appellant's First Amendment claims. Specifically, accepting appellant's allegations as true, he would not have been entitled to relief on his claims, as the speech at issue was not a matter of public concern, but instead, related solely to appellant's disagreement with respondents' decisions to investigate allegations of misconduct leveled against him and to discipline him based on those allegations. See Buzz Stew, LLC v. City of N. Las Vegas, 124 Nev. 224, 227-28, 181 P.3d 670, 672 (2008) (explaining that this court rigorously reviews a dismissal for failure to state a claim, accepting all factual allegations as true and affirming the dismissal only if it appears beyond doubt that appellant "could prove no set of facts, which, if true, would entitled [him or her] to relief"); see also Desrochers v. City of San

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04972

<u>Bernardino</u>, 572 F.3d 703, 710 (9th Cir. 2009) (explaining that personnel disputes and grievances that are not relevant to the public's evaluation of a government agency are generally not matters of public concern protected by the First Amendment). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry


cc:    Hon. Steven P. Elliott, District Judge
       Janet L. Chubb, Settlement Judge
       Jeffrey A Dickerson
       Washoe County School District Legal Department
       Washoe District Court Clerk